UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAY 0 9 2017
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANDON GREGORY QUENZER,<br><br>Defendant. | CR _17-40046_<br><br>REDACTED INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance<br><br>21 U.S.C. §§ 841(a)(1) and 846 |

The Grand Jury charges:

Beginning in approximately October 2016, and continuing through approximately February 2017, in the District of South Dakota and elsewhere, Landon Gregory Quenzer did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

"REDACTED"

Foreperson

RANDOLPH J. SEILER
United States Attorney

By: