# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Veronica L. Duffy, United States Magistrate Judge, Presiding

| | |
|---|---|
| Courtroom Deputy - CLG | Court Reporter – FTR Ct#3 |
| Courtroom – SF #3 | Date  5/25/2017 |

CR. 17-40046

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Landon Gregory Quenzer,<br><br>Defendant. | John Haak<br><br><br><br><br><br>Angela Runnels-Murphy |

TIME HEARING SCHEDULED TO BEGIN: 1:30 pm

1:35 p.m.    Enter initial appearance and arraignment on Indictment before the Honorable Veronica L. Duffy, US Magistrate Judge, Sioux Falls, SD.

Defendant advised of his rights.  Defendant questioned by the court.

Defendant has received a copy of the Indictment.  Reading of the charges held.  Defendant advised of maximum possible penalties.

**Oral Order**:  Based on Defendant's financial affidavit, Angela Runnels-Murphy was appointed to represent him.

Defendant pleads not guilty to the Indictment.

The issue of detention is moot as defendant appears via a writ from state custody.  Defendant requests he be returned to state custody and waived his rights under the Interstate Agreement on Detainers Act.  The court returned defendant to state custody pending further proceedings.

1:45 p.m.    Court in recess.