UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR17-40046 |
| Plaintiff, | INFORMATION PURSUANT TO |
| vs. | 21 U.S.C. § 851(a) AND NOTICE |
| LANDON GREGORY QUENZER, | |
| Defendant. | |

Pursuant to 21 U.S.C. § 851(a), the United States provides notice to the Defendant of its intent to seek increased punishment based upon the Defendant's prior conviction for a felony drug offense as provided for in 21 U.S.C. § 841(b), and as defined in 21 U.S.C. § 802(44), said conviction being for possession of a controlled substance, judgment filed in the Fifth Judicial Circuit Court, Brown County, South Dakota, on or about April 4, 2011.

Dated this 15th day of November, 2017.

RANDOLPH J. SEILER
United States Attorney

/s/ JOHN E. HAAK

John E. Haak
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2352
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov