UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-40046 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| LANDON GREGORY QUENZER, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense(s) to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Landon Gregory Quenzer.

Beginning in approximately October 2016, and continuing through approximately February 2017, I, along with at least one other person, reached an agreement or came to an understanding to distribute 500 grams or more of a mixture and substance containing methamphetamine in the District of South Dakota and elsewhere.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine.

At the time I joined in the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

While I was actively involved in furthering the purpose of the agreement or understanding, I could foresee that the quantity of methamphetamine involved in the agreement or understanding exceeded 500 grams of a mixture and substance containing methamphetamine.

For example, on October 18, 2016, a co-conspirator met with a person who turned out to be a confidential informant and sold the informant approximately 4 ounces of methamphetamine that I had provided to sell. On October 25, 2016, I met with the informant and accepted $4,000 in payment for that methamphetamine.

Shortly before November 28, 2016, I facilitated a meeting between two of my co-conspirators so that one could travel to Texas to purchase methamphetamine to sell. He did so, and on November 28, 2016, he was stopped by law enforcement with over 2,000 grams of methamphetamine which he had purchased on the trip.

As part of this conspiracy, I also stored methamphetamine at a business in Aberdeen, South Dakota. On February 8, 2017, law enforcement seized over 2,000 grams of methamphetamine I had knowingly stored there.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug

quantities, may be developed and attributed to the Defendant for sentencing purposes.

11-21-2017
Date

RANDOLPH J. SEILER
United States Attorney

John E. Haak
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2352
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

11-21-17
Date

Landon Gregory Quenzer
Defendant

11-21-17
Date

Angela M. Runnels-Murphy
Attorney for Defendant

[3]