Dear Judge Karen E. Schreier,    4:17CR40046-1

    I would like to take this opportunity to respectfully request compassionate release (under 18-USC 3582(c)(1)(A) and 4205(G) due to the pervasive presence of active Covid-19 cases throughout the federal prison system. Over the past few weeks ~~months~~ approximately 1,300 active cases 118 inmate deaths and BOP staffers stand at 530 active cases. As attorney general W. Barr mentioned on 3/26/20, life in prison is a lot like living in a petri dish.

    During the course of my incarceration I have taken proactive steps to build a foundation of pro-social behavior devoid of the criminal thinking which brought me to prison. Of note, I obtained my GED, completed an intensive drug education program, and successfully completed over 30 BOP sponsored courses.

    Approximately two weeks ago another staff member tested positive for Covid-19 along with two inmates in my unit! Due to the absence of testing many other prisoners may be infected. As someone who suffered with childhood asthma and has a BMI of over 30, I am particularly vulnerable

to the coronavirus. In addition, the living condictions in prison make social distancing an impossibility.

With the above in mind, I humbly seek your support in my request for compassionate release. I have dedicated every year of my incarceration to bettering myself educationally, spiritually, and socially. I can assure you that I am no longer the man who walked through these doors 4 years ago.

Attached is proof of my exhaustion of my administrative remedies.

Thank you for your time and any consideration you may give me.

Sincerely,

Date: 8-25-20

Landon Gregory Quenzer
Case No: 4:17 CR 40046-1
USM No: 17066-273
FCI Milan
Po Box 1000
Milan, MI 48160

Landon Quenzer
NAME
17066-273
REG. NO.

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160



The Honorable Judge Karen E. Schreier
400 S. Phillips Ave. Room 233
Sioux Falls SD 57104

X-RAYED BY
SOUTH DAKOTA
CSO